AO 106 (Rev. 3/87) Affidavit for Search Warrant

# United States District Court

### DISTRICT OF DELAWARE

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

20 Pound 8 ounce, 12" x 10" x 10", U.S. Mail Priority Parcel addressed to Alea Lopez, Bo Palo, Seco #42, Maunbo, P.R. 00707

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER: 05- 111M-MPT

REDACTED

I, __Dominick J. Casciotta / U.S. Postal Inspector__, being duly sworn depose and say: I am a(n) __U.S. Postal Inspector__ and have reason to believe that

___ on the person of or ___ on the property or premises known as (name, description and/or location)

20 Pound 8 ounce, 12" x 10" x 10", U.S. Mail Priority Parcel addressed to Alea Lopez, Bo Palo, Seco #42, Maunbo, P.R. 00707

in the District of __Delaware__

there is now concealed a certain person or property, namely:

Controlled Substances in Violation of 21 U.S. C. 843 (B)

property that constitutes evidence of the commission of a criminal offense, the fruits of crime and things criminally possessed and property designed and intended for use and which has been used as a means of committing a criminal offense.

The facts to support a finding of Probable Cause are as follows:

See attached affidavit of __Dominick J. Casciotta / U.S. Postal Inspector__, which is incorporated herein by reference.

Continued on the attached sheets and made a part hereof.   __X__ Yes   ___ No

Signature of Affiant
Special Agent

Sworn to before me, and subscribed in my presence
__August 17, 2005__   at   __Wilmington, Delaware__
Date                                      City and State
Honorable Mary Pat Thynge
United States Magistrate Judge
District of Delaware
Name and Title of Judicial Officer                Signature of Judicial Officer

AFFIDAVIT

1. I, Dominick J. Casciotta, am a United States Postal Inspector ("USPI"). I am currently assigned to the Philadelphia Narcotics Investigation Section. I have been employed as a Postal Inspector for over two years. As part of my duties as a Prohibited Mailing Specialist, I investigate the use of the U. S. Mails and private carriers to illegally transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841 (a) (1), 843 (b), and 846. Prior to becoming a U.S. Postal Inspector I was employed for over nine years by the Henrico County Division of Police, VA as a Police Officer. I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses. I have participated in investigations, which have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of illegal drugs and proceeds from the sale of those illegal drugs.

2. Based on your affiant's service with the U.S. Postal Inspection Service and prior investigations, your affiant has become familiar with the mechanics of the parcel delivery services and has developed a good understanding of the appeal these services have for those who choose it for the illegal transportation of controlled substances. Parcel delivery services offer rapid and dependable service for most metropolitan areas. Parcels are guaranteed for delivery in the number of specified days, with a refund if the parcel does not meet the service standards. To the smuggler, the refund is a minor consideration, but parcels delayed beyond the normal delivery time serve to alert the recipient that the authorities may have discovered the controlled substances. Additionally, parcel delivery services use assigned label numbers, which makes it easy for the parcels to be traced. The sender is given a time of shipment, plus the weight of the parcel.

3. On August 17, 2005 U.S. Postal Inspectors were notified by Wilmington Police of a Priority mail Parcel suspected of containing narcotics. Detective Cuadrado stated that Wilmington Narcotics Detectives were involved in an ongoing drug investigation on the 100 blk. Of South Union St. in Wilmington when they spotted a black Mazda MPV van leaving the area. It had been relayed to Wilmington Detectives that these types of vans were being utilized by the subjects under investigation to transport narcotics. The van was followed to the Lancaster Ave Post Office. The unidentified driver of the van mailed a 20 pound 8 ounce Priority Parcel at the station in the presence of Detective Cuadrado. The subject stated to the Postal Clerk that the parcel contained a car stereo. The parcel in question is a Priority Mail parcel is addressed to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with a return address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

4. The return address of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ is a known drug location and target of a Wilmington Police investigation.

5. The subject parcel referred to herein is presently located at the Lancaster Ave Post Office within the District of Delaware. The parcel measures 12" x 10" x 10" and weighs 20 pounds and 8 ounces.

6. On August 17, 2005, the subject parcel was exposed to a drug detection canine named "Kubo", Canine No. 12. "Kubo" is employed by the Wilmington, DE Police Department and is handled by Police Officer Richard Press Badge No. 151. "Kubo" was trained at the Wilmington Police Department as a controlled substance canine. He is also certified by EPCA as a narcotics canine. "Kubo" has ongoing training and is re-certified once a year. "Kubo" is 3 years old and has been employed by the Wilmington Police Department since April 14, 2003. He has been credited with more than 100 searches where narcotics were found. "Kubo" is trained to detect methamphetamine, marijuana, hashish, cocaine, heroin and their derivatives. Officer Press has 6 years experience in law enforcement and has handled "Kubo" since April 2003. Officer Press indicated that "Kubo" alerted positive to the presence of controlled substances in the parcel.

7. Based on the above information which your affiant believes to be true and correct, your affiant believes the subject parcel contains controlled substances being sent from Wilmington, DE to Maunabo, P.R. via Priority Mail delivery services, and that the use of the Priority Mail delivery services will facilitate the delivery of the controlled substances.

9. Wherefore your affiant respectfully requests the court to find probable cause and issue a search warrant authorizing the opening and search of said parcel which is believed to contain controlled substances in violation of Title 21, United States Code, Section 843(b).

Sworn To and Subscribed Before Me This
17th day of August 2005

_____
Honorable Mary Pat Thynge
U. S. Magistrate Judge

_____
Dominick J. Casciotta
U. S. Postal Inspector

FILED